# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| GRAY MANUFACTURING COMPANY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 5:09-cv-06024-HFS |
| STERTIL B.V. and STERTIL-KONI U.S.A., INC., | ) ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

COME NOW the parties, by and through their respective counsel, and having resolved their disputes and differences, stipulate to the dismissal of all claims with prejudice, with the parties each to bear their own fees and costs.

WHEREFORE, the parties pray the Order of this Court that the matter be dismissed with prejudice, with each party to bear their own costs.

Dated: September 9, 2011

Respectfully submitted,

**POLSINELLI SHUGHART PC**

*/s/ R. Dan Boulware*

R. Dan Boulware     MO #24289
DBoulware@polsinelli.com
Todd H. Bartels     MO #45677
TBartels@polsinelli.com
3101 Frederick Avenue
St. Joseph, MO 64506
Phone: (816) 364-2117
Fax: (816) 279-3977

Richard P. Stitt KS #000488
RStitt@polsinelli.com
120 West 12th Street
Kansas City, MO 64105
Phone: (816) 421-3355
Fax: (816) 374-0509

**ATTORNEYS FOR PLAINTIFF**


**THE WEBB LAW FIRM**

　　　*/s/ Richard L. Byrne*
Richard L. Byrne
Paul M. Reznick
Kent E. Baldauf, Jr.
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone: (412) 471-8815
Fax: (412) 471-4095

**ATTORNEYS FOR DEFENDANTS**
**STERTIL-KONI U.S.A., INC. and STERTIL B.V.**