IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

GRAY MANUFACTURING CO., INC.          )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )     Case No. 09-6024-CV-SJ-HFS
                                      )
STERTIL, B.V., and STERTIL-KONI       )
U.S.A., INC.                          )
                                      )
          Defendants.                 )


**ORDER**


          The parties have filed a stipulation of dismissal of all claims with prejudice.

          Accordingly, it is hereby

          ORDERED that the above captioned case is DISMISSED with prejudice, each party to bear

their own costs.


                                   /s/ Howard F. Sachs_____
                                   HOWARD F. SACHS
                                   UNITED STATES DISTRICT JUDGE


September  13 , 2011

Kansas City, Missouri